THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark James
 Lowery, Jr., Appellant.
 
 
 

Appeal From Sumter County
 Honorable George C. James, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-537
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, Solicitor Cecil K. Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Mark James Lowery, Jr., appeals his convictions for
 armed robbery, possession of a weapon, and failure to stop for a blue light. 
 On appeal, Lowery argues the trial court erred in allowing the jury to have a
 copy of his statement made to law enforcement when it was already read into
 evidence, thereby making it cumulative and placing undue emphasis on it. After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.